

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Texas Department of Transportation and Vulcan Materials Company, Appellants

No. 06-23-00076-CV        v.

Kristina Smith, Individually and as Representative of the Estate of Jennipher Smith, and as Next Friend of N.J. and B.J., Appellees

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 21-0667). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and render judgment for the Texas Department of Transportation and Vulcan Materials Company.

We further order that the appellees, Kristina Smith, Individually and as Representative of the Estate of Jennipher Smith, and as Next Friend of N.J. and B.J., pay all costs of this appeal.

RENDERED OCTOBER 31, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk